```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    :
CARINA MARIA ALVAREZ RODRIGUEZ, et al.,   :
    :
                Plaintiffs,   :
    :   23-cv-4246 (LJL)
    -v-   :
    :   <u>ORDER</u>
XTRA LLC, et al.,   :
    :
                Defendants.   :
    :
------------------------------------------------------------------ :
    X

LEWIS J. LIMAN, United States District Judge:

    The Court held a conference on August 22, 2024 to discuss the schedule for proceedings prior to the trial of this action.

    At the conference, the Court, set the following trial schedule:

(1) The joint pre-trial order, requests to charge, proposed voir dire, and motions in limine are due by November 8, 2024.

(2) Any oppositions to motions in limine and responses to requests to charge and proposed voir dire are due by November 15, 2024.

(3) A final pre-trial conference is scheduled for December 12, 2024 at 2:00 PM and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C.

(4) The jury trial will begin on December 12, 2024 at 9:30 AM and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York,

New York 10007-1312, Courtroom 15C.

SO ORDERED.

Dated: August 22, 2024
      New York, New York

                              LEWIS J. LIMAN
                          United States District Judge